**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CLIFTON LEJEUNE ET AL** | **CASE NO. 2:26-CV-01954** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that State Farm Fire and Casualty Company's 12(B)(6) Motion to Dismiss or Motion to Stay and Extend Responsive Pleading Deadline" (Doc. 10) is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 4th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**